BEFORE THE SECOND DIVISION, NOVEMBER 29, 1940

**No. 44819.**—Protest 815515–G of Ore. Wash. R. R. & Nav. Co. (Seattle).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27. C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44820.**—Protests 981907–G, etc., of Sears, Roebuck & Co. (Los Angeles)..

Opinion by KINCHELOE, J. On the records presented the protests were overruled.

BEFORE THE THIRD DIVISION, NOVEMBER 29, 1940

**No. 44821.**—Protest 848655–G of Yick Sang Tong & Co. (San Francisco)..

EVANS, Judge: This case is before us on rehearing, having been originally decided together with a number of other protests and reported in *Oy Wo Tong Co.* et al. v. *United States*, C. D. 372, wherein we overruled the protest on the ground that certain merchandise which counsel had stipulated was similar to the item exhibit KK (sliced mok qua) did not appear on the invoice covered by the protest. Thereafter a motion for rehearing was granted and the following order entered:

A motion having been made by plaintiff for a rehearing in this case from which it appears that the words "chuen mogh", appearing in line 5, Page 122 of the stenographic records were incorrectly transcribed and should have been transcribed as "chuen mok kwa", and the court reporter having informed the court that the aforesaid words, "chuen mogh" should have been transcribed by him as "chuen mok kwa," and the Acting Assistant Attorney having no objection to the granting of this Order, it is

ORDERED that the words, "chuen mogh", which appear in line 5, Page 122 of the stenographic minutes herein, be corrected to read "Chuen mok kwa." And it is further

ORDERED that the motion for a rehearing be and the same hereby is granted. And it is further

ORDERED, ADJUDGED AND DECREED that the decision and judgment, so far as they refer to Protest 848655–G, are hereby amended to read as follows:

Protest 848655–G is sustained insofar as it claims the merchandise dutiable at 10 percent ad valorem under paragraph 34 of the same act, as to invoice item 1, case 8, marked with the letters KK and the initials "HLW", and described as "chuen mok kwa."

We therefore direct that a formal judgment order be rendered in accordance with the court's order above set forth.